UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: RECUSAL OF DISTRICT JUDGE
KATHRYN K. MIZELLE,

Case No. 8:21-mc-XXX-T-210

_____/

**STANDING ORDER OF RECUSAL**

Under Title 28, United States Code, Section 455, and Canon 3(C) of the Code of Conduct for United States Judges, I recuse myself from all matters in which the law firm Jones Day is a party or represents a party until November 20, 2022. Accordingly, the Clerk is directed to reassign by random draw all cases involving the law firm of Jones Day to another United States District Judge until November 20, 2022.

**ORDERED** in Tampa, Florida, on January 13, 2021.

_____
Kathryn Kimball Mizelle
United State District Judge